Mark D. Taylor (9533)
Brandee R. Lynch (13550)
**LEWIS | HANSEN**
The Judge Building, Suite 410
Eight East Broadway
Salt Lake City, Utah 84111-2239
Telephone:  (801) 746-6300
Facsimile:  (801) 746-6301
mtaylor@lewishansen.com
brandee@lewishansen.com

Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
Telephone:  (801) 936-1039
casey@edizone.com

*Attorneys for Plaintiff WonderGel, LLC d/b/a Purple*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WONDERGEL, LLC dba PURPLE, a Delaware limited liability company, <br><br>                Plaintiff <br><br> vs. <br><br> TEMPUR SEALY INTERNATIONAL INC., a Delaware corporation, <br><br>                Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** <br><br> Case No. 2:16-cv-00162-BSJ <br><br> The Honorable Bruce S. Jenkins |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Wondergel, LLC (d/b/a Purple) and Defendant Tempur Sealy International, Inc. hereby stipulate

and agree that this action may be and hereby is dismissed in its entirety with prejudice, and

except to the extent the parties have agreed otherwise, each party shall bear its own costs and

attorney fees.

DATED: April 28, 2016

LEWIS | HANSEN


/s/Mark D. Taylor
Mark D. Taylor
Brandee R. Lynch

Casey K. McGarvey

Attorneys for Wondergel, LLC dba Purple



DATED: April 28, 2016

STOEL RIVES LLP


/s/ David L. Mortensen
Kenneth B Black
David L. Mortensen

David A. Owen
Matthew A. Stinnett
DICKINSON WRIGHT PLLC

Attorneys for Tempur Sealy International, Inc.

2