FILED
2016 APR 29 PM 1:47
CLERK
U.S. DISTRICT COURT

Mark D. Taylor (9533)
Brandee R. Lynch (13550)
**LEWIS | HANSEN**
The Judge Building, Suite 410
Eight East Broadway
Salt Lake City, Utah 84111-2239
Telephone: (801) 746-6300
Facsimile: (801) 746-6301
mtaylor@lewishansen.com
brandee@lewishansen.com

Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
Telephone: (801) 936-1039
casey@edizone.com

*Attorneys for Plaintiff WonderGel, LLC d/b/a Purple*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WONDERGEL, LLC dba PURPLE, a Delaware limited liability company,<br><br>Plaintiff<br><br>vs.<br><br>TEMPUR SEALY INTERNATIONAL INC., a Delaware corporation,<br><br>Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:16-cv-00162-BSJ<br><br>The Honorable Bruce S. Jenkins |

This matter comes before the Court on the Stipulated Motion to Dismiss with Prejudice ("Stipulated Motion") filed by Plaintiff Wondergel, LLC (d/b/a Purple) and Defendant Tempur Sealy International, Inc. The Court, having considered the Stipulated Motion, being duly

1

advised in the premises and, good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that the above-captioned litigation is hereby dismissed with prejudice in its entirety. Except to the extent the parties have agreed otherwise, each party shall bear its own costs and attorney fees.

IT IS SO ORDERED

DATED this the 29th day of April, 2016.

BY THE COURT

_____
The Honorable Bruce S. Jenkins
United States District Court Judge